**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Michael H. MATHEWS, Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee**

v.

**Michael Harrison Mathews,
Defendant–Appellant.**

No. 07–10200
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

John E. Kull, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

408

Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael H. Mathews has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mathews has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.